IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-mj-00138-WCM **SEALED**

| IN THE MATTER OF THE SEARCH OF: 7807 ANDOVER WOODS DRIVE, APARTMENT 516, CHARLOTTE, NC 28210 ("TARGET LOCATION") | ORDER SEALING SEARCH WARRANT AND RELATED DOCUMENTS |
|---|---|

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, any other related documents, the Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, any other related documents, the Motion to Seal, and this Order be sealed until further order of this Court.

Signed: 4/16/2024

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge